## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENE SCHOFIELD,<br>  Plaintiff,<br><br>v.<br><br>DETECTIVE JAY GREEN,<br>DETECTIVE ED KELLY,<br>JULIE CIMINO,<br>  and<br>JUDITH M. LYONS, A.D.A.,<br>  Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. 05-10672-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel for the defendant, Judith M. Lyons, Assistant District Attorney, in the above-captioned matter.

                    Respectfully submitted,

                    THOMAS F. REILLY
                    ATTORNEY GENERAL

                    /s/ Annette C. Benedetto
                    Annette C. Benedetto
                    Assistant Attorney General
                    Criminal Bureau
                    One Ashburton Place
                    Boston, Massachusetts 02108
                    (617) 727-2200
                    BBO No. 037060

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the plaintiff, pro se, and defendants' counsel, by first class mail, postage prepaid on April 6 2005, addressed as follows:

**PLAINTIFF:**

Gene Schofield, pro se
A 90320
Old Colony Correctional Facility
1 Administration Road
Bridgewater, MA 02324

**COUNSEL FOR DEFENDANTS GREEN AND KELLY:**

Karen A. Glasgow
City of Boston Legal Department
Boston City Hall
Rm. 615
Boston, MA 02201

                                                                               /s/ Annette C. Benedetto
                                                                               Annette C. Benedetto,
                                                                               Assistant Attorney General
                                                                               Criminal Bureau