# Commonwealth of Massachusetts
## County of Suffolk
## The Superior Court

CIVIL DOCKET#: **SUCV2005-00213-D**

RE:    Schofield, A90320 v Green, Boston Police Oficer et al

TO:    Everett (Gene) Schofield, A90320
Old Colony Correctional Center
1 Administration Rd
Bridgewater, MA 02324

### NOTICE OF DOCKET ENTRY

You are hereby notified that on **01/19/2005** the following entry was made on the above referenced docket:

**Affidavit of indigency and Request for Waiver, substitution or state payment of normal fees & costs Allowed subject to review by a Judge (IMPOUNDED)**

Dated at Boston, Massachusetts this 1st day of February, 2005.

Michael Joseph Donovan,
Clerk of the Courts

BY: Elaina M. Quinn
Assistant Clerk

Telephone: 617-788-7646

Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130

cvdgeneric_2.wpd 2640541 affinc hegartym

. HEREBY ATTEST AND CERTIFY ON

APRIL 7, 2005. , THAT THE

FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY:

ASSISTANT CLERK

MAS-20030912                    **Commonwealth of Massachusetts**                    04/06/2005
guen                                SUFFOLK SUPERIOR COURT                           12:10 PM
                                            Case Summary
                                            Civil Docket

## SUCV2005-00213
## Schofield, A90320 v Green, Boston Police Oficer et al

| File Date | 01/19/2005 | Status | Disposed: transfered to other court (dtrans) |
|---|---|---|---|
| Status Date | 04/06/2005 | Session | D - Civil D |
| Origin | 1 | Case Type | E96 - Prisoner Cases |
| Lead Case | | Track | F |

| Service | 04/19/2005 | Answer | 06/18/2005 | Rule12/19/20 | 06/18/2005 |
|---|---|---|---|---|---|
| Rule 15 | 06/18/2005 | Discovery | 11/15/2005 | Rule 56 | 12/15/2005 |
| Final PTC | 01/14/2006 | Disposition | 03/15/2006 | Jury Trial | Yes |

| PARTIES |
|---|

**Plaintiff**
Everett (Gene) Schofield, A90320
Old Colony Correctional Center
1 Administration Rd
Bridgewater, MA 02324
Active (prisoner) 01/19/2005 Notify

**Defendant**
Detective Jay Green, Boston Police Oficer
Served: 03/05/2005
Served (answr pending) 03/09/2005

**Private Counsel 648688**
Karen Glasgow
Boston (City of) Law Dept
1 City Hall Plaza
Room 615
Boston, MA 02201
Phone: 617-635-3238
Fax:
Active 04/06/2005 Notify

**Defendant**
Detective Ed Kelly, Boston Police Officer
Served: 03/05/2005
Served (answr pending) 03/09/2005

*** See Attorney Information Above ***

**Defendant**
Julie Cimino
Served: 03/05/2005
Answered: 03/21/2005
Answered 03/21/2005

MAS-20030912          Case 1:05-cv-10672-DPW   Document 5   Filed 04/14/2005   Page 3 of 24          04/06/2005
guen                        Commonwealth of Massachusetts                                                    12:10 PM
                              SUFFOLK SUPERIOR COURT
                                    Case Summary
                                     Civil Docket

## SUCV2005-00213
## Schofield, A90320 v Green, Boston Police Oficer et al

| Defendant | Private Counsel 037060 |
|---|---|
| Judith M Lyons, Assistant District Attorney | Annette C Benedetto |
| Served: 03/05/2005 | Mass Atty General's Office |
| Served (answr pending) 03/09/2005 | 1 Ashburton Place |
| | Boston, MA 02108 |
| | Phone: 617-727-2200 |
| | Fax: 617-727-5755 |
| | Active 03/29/2005 Notify |

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 01/19/2005 | 1.0 | Affidavit of indigency and Request for Waiver, substitution or state payment of normal fees & costs  Allowed subject to review by a Judge (IMPOUNDED) |
| 01/19/2005 | | Origin 1, Type E96, Track F. |
| 01/19/2005 | 2.0 | Complaint & jury demand on complaint |
| 01/19/2005 | 3.0 | Civil action cover sheet filed |
| 01/19/2005 | 4.0 | Motion of plff to proceed in forma pauperis |
| 01/27/2005 | 5.0 | ORDER TO COMMISSIONER OF CORRECTION TO PROVIDE CERTAIN INFORMATION REGARDING INMATE ACCOUNT RELATIVE TO PLAINTIFF'S MOTION TO WAIVE FILING FEE AND PROCEED IN FORMA PAUPERIS -- The plaintiff in the above-captioned action has filed a motion to waive the filing fee and court costs (normal) and to proceed in forma pauperis.  Pursuant to G.L. c261 s29, the correctional facility where the prisoner is currently incarcerated shall file a document showing the current status of the plaintiff's canteen account and savings account, if any, and the account activity for the past six (6) months.  The document shall be filed within thirty (30) days of the date of this order.  The statement is to be mailed to:  SUFFOLK SUPERIOR COURT, CIVIL CLERK'S OFFICE, PRISONER DEPARTMENT, RM. 810, 90 DEVONSHIRE STREET, BOSTON, MA.  02109.   By the Court,   (Hely, Justice) Notice Sent 01/27/2005. |
| 01/27/2005 | 6.0 | ORDER: After a review of your petition and correspondence, the Court has instructed the Clerk's Office to take the following action: Service is to be made upon defendant's by means of certified mail by plaintiff.  A copy of the complaint is to be sent to the Office of the Attorney General or the Department of Corrections by the Plaintiff. (Hely, Justice)  Notice Sent 01/27/2005. |
| 02/03/2005 | 7.0 | Motion of plff for lv to make process of service by first class mail (w/o opposition) |
| 02/28/2005 | | MOTION (P#7) Plaintiff may make service via first class mail. Plaintiff is to provide proof of service by filing an affidavit of service with the return of process.  (Charles J. Hely, Justice) (dated 02/25/2005) Notice Sent 02/28/2005. |
| 02/28/2005 | 8.0 | ORDER:  NOTICE OF WAIVER OF COURT COSTS AND REQUEST FOR PAYMENT TO BE WITHDRAWN FROM ACCOUNT (PURSUANT TO G.L.c.261 sec.29)  --  The Prisoner/plaintiff in the above-captioned action has filed a motion |

MAS-20030912                    Case 1:05-cv-10672-DPW    Document 5    Filed 04/14/2005    Page 4 of 24    04/06/2005
guen                                   Commonwealth of Massachusetts                                                          12:10 PM
                                           SUFFOLK SUPERIOR COURT
                                                  Case Summary
                                                  Civil Docket

## SUCV2005-00213
## Schofield, A90320 v Green, Boston Police Oficer et al

| Date | Paper | Text |
|------|-------|------|
|  | 8.0 | to waive the filing fee of $275.00 and court costs (normal) and to proceed in forma pauperis.   After reviewing the affidavit of indigency and the statement of inmate account provided by the correctional facility, the court hereby orders: The plaintiff is incapable of paying the filing fee and may proceed in forma pauperis. By the Court  (Charles J. Hely, Justice,)   (Dated 02/24/2005) Notice Sent 02/28/2005. |
| 03/09/2005 | 9.0 | SERVICE RETURNED: Detective Jay Green, Boston Police Oficer(Defendant) (First class mail) |
| 03/09/2005 | 10.0 | SERVICE RETURNED: Detective Ed Kelly, Boston Police Officer(Defendant) (First class mail) |
| 03/09/2005 | 11.0 | SERVICE RETURNED: Julie Cimino(Defendant) (First class mail) |
| 03/09/2005 | 12.0 | SERVICE RETURNED: Judith M Lyons, Assistant District Attorney(Defendant) (First class mail) |
| 03/21/2005 | 13.0 | ANSWER: Julie Cimino(Defendant) |
| 03/28/2005 | 14.0 | Motion  of deft Assistant  Distrtict  Attorney Judith  M Lyons  for filing  a response  (w/o opposition) |
| 04/05/2005 |  | Certified copy of petition for removal to U. S. Dist. Court of Defts. Jay Green and Ed Kelly U. S. Dist.#(05-10672DPW). |
| 04/06/2005 |  | Case REMOVED this date to US District Court of Massachusetts |

|||||||||||| EVENTS ||||||||||||

. HEREBY ATTEST AND CERTIFY ON

APRIL 7, 2005 , THAT THE

FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY.

ASSISTANT CLERK

COMMONWEALTH OF MASSACHUSETTS

**2**

Suffolk,ss

Civil Action No

05-0213 - 1)

Gene Schofield,pro se            )
         Plaintiff               )
                                 )
v.                               )
                                 )
Det. Jay Green                   )
Det. Ed Kelly                    )
Julie Cimino                     )
Judith M. Lyons,ADA              )
         defendants              )
                                 )

## VERIFIED CIVIL RIGHTS COMPLAINT

### INTRODUCTION

     This is a civil rights compalint filed by the plaintiff
pro se against the defendants for various violations of his civil
rights.

### JURISDICTION

     This court has jurisdiction over the subject matter pur-
suant to 42 U.S.C. sec. 1983.  G.L.c. 12,sec. 11H

### PARTIES

     The plaintiff is in the custody of the Massachusetts De-
partment of Corrections(herein referred to as the DOC)on awaiting
trial status,who's address is OCCC 1 Administration Rd.,Bridgewa-
ter,MA 02320.

     The defendant Det. Jay Green is a Boston Police Officer
who's business address is 40 Gibson St.,Dorchester,MA 02122.

The defendant Det. Ed Kelly is a Boston Police Officer who's business address is 40 Gibson St.,Dorchester,MA 02122.

The defendant Julie Cimino's address is 24 Glenrose St. Dorchester,MA .

The defendant Judith M. Lyons is an assistant District Attorney who's business address is One Bulfinch place,Boston,MA 02144.


## STATEMENT OF THE FACTS

1. On and about February 27,2004 the plaintiff was arrested by the Boston Police Office(station 11) and charged with un-armed robbery and assault and battery of defendant Julie Cimino.

2. The alleged crime occurred on and about February 26,2004 as stated in the Boston Police report.

3. That,the plaintiff was outside of the Boston area visiting a friend in Lowell,MA when the alleged crime occurred.

4. That,while plaintiff was in custody at station 11 he over heard defendant Green saying to his fellow police officers that he believed that the plaintiff was the one who had robbed defendant Cimino the day before.

5. That,while plaintiff was in his cell,defendant Green came over to plaintiff and asked "Schofield,what do you know about the saint marks robbery?"

6.That,plaintiff stated that he did not know anything about it.

7. That,defendant Green began to shout at plaintiff useing pro-fanity and said"your not fuckin' cooperating with me".

8. That,defendant Green walked away saying "I'm trying to help you' ,you'll see,I'll fix your fuckin' ass".

9. That,according to defendant Green he called defendant Cimino and asked her to come to the police station to see some photos

10.That,defendant Green along with defendant Kelly selected a re-cent photo of the plaintiff along with eight (8) other photos to show defendant Cimino.

11.That,defendant Cimino arrived at the police station to look at the nine (9) photos.

2

12. That,both defendants Green and Kelly conspired to impli-
    cate plaintiff as the person who had robbed and assaulted
    defendant Cimino the day before.

13. That,defendants Green and Kelly suggested photo #9 was
    the one who robbed and assaulted defendant Cimino.

14. That,defendant Cimino then identified plaintiff,Photo #9
    as the one who had robbed and assaulted her.

15. That,the original perpetrator was idetified as a 6 foot
    and wearing color clothing that did not fit the describ-
    tion of the plaintiff.

16. That, defendants Green,Kelly and Cimino intentionally agreed
    to implicate the plaintiff as the one who had robbed and
    assaulted defendant Cimino the day before.

17. That,defendant Judith Lyons also knew or should have known
    that the plaintiff was not the one who had robbed and as-
    saulted defendant Cimino.


## CLAIMS/CAUSES OF ACTION

18.                       (False Arrest)
    That,the actions of defendants Green and Kelly are in viola-
    tion of plaintiffs civil rights for false arrest.

19.                         (Conspiracy)
    That,the specific actions of defendants Green,Kelly and
    Cimino are in violation of conspiracy of the plaintiffs
    Civil rights.

20.                       (Malicious Prosecution)
    That,the actions of defendant Lyons is in violation of the
    plaintiffs civil rights for prosecuting him for a crime he
    did not commit.

21. That,the actions and enactions of all the defendants are in
    violation of plaintiffs civil rights under 42 U.S.C. 1983


## PRAYER FOR RELIEF

Wherefore the plaintiff request that this Honorable Court grant
plaintiff the following relief.

(a). Issue a declaratory judgment against the defendants
     for violation of plaintiffs rights affirming plaintiffs
     allegations in said complaint.

3

(b) Issue an injunction against the defendants pro-
hibiting them from further violating plaintiffs
civil righs.

(c) Grant plaintiff both compensatory and punitive
damages from all the defendants.

Compensatory damages from each defendant in the
amount of $25,000(thousand dollars)

Punitive damages from each defendant in the a-
mount of 50,000(thousand dollars)

(d) Grant plaintiff such relief that this court deems
just and proper.

20. Plaintiff demands a trial by jury.


Dated  *1-8-05*

Respectfully Submitted

*Everett Gene Schofield*
Everett "Gene" Schofield,pro se
OCCC-1 Administration Rd.
Bridgewater,MA 02324


VERIFICATION
I Everett "Gene" Schofield,under the pains and penalty of per-
jury hereby verify that the statements of facts in this com-
plaint are true to the best of my knowledge and belief.

*Everett Gene Schofield*

Signed under the pains of penalty this _*7th*_ day of

~~November 2004~~ *January 2005*


. HEREBY ATTEST AND CERTIFY ON

APRIL 7, 2005 , THAT THE

FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY.

ASSISTANT CLERK.

4

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) 05-0213-1 | Trial Court of Massachusetts Superior Court Department County: |
|---|---|---|

| PLAINTIFF(S) GENE SCHOFIELD | DEFENDANT(S) DET. JAY GREEN, et. al. |
|---|---|
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE OCCC-1 Administration Rd. Bridgewater, MA 02324 | ATTORNEY (if known) Unknown |
| Board of Bar Overseers number: | |

## Origin code and track designation

Place an x in one box only:
- [x] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

## TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| E96 | Civil Rights | (F) | (x) Yes   ( ) No |

**The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.**

### TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ............................................... $
2. Total Doctor expenses ............................................... $
3. Total chiropractic expenses ............................................... $
4. Total physical therapy expenses ............................................... $
5. Total other expenses (describe) ............................................... $

Subtotal $ ...........

B. Documented lost wages and compensation to date ............................................... $
C. Documented property damages to date ............................................... $
D. Reasonably anticipated future medical and hospital expenses ............................................... $
E. Reasonably anticipated lost wages ............................................... $
F. Other documented items of damages (describe)
$ ...........

G. Brief description of plaintiff's injury, including nature and extent of injury (describe)
Plaintiff was falsely arrested and is being prosecuted for a crime he did not commit in violation of his civil rights.
$ ...........

TOTAL $ 300,000 ...

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

TOTAL $. ...........

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

**"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."**

Signature of Attorney of Record   *Everett Gene Schofield*   DATE: 1-8-05

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

HEREBY ATTEST AND CERTIFY ON

APRIL 7, 2005, THAT THE

FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
ASSISTANT CLERK.

**4**

COMMONWEALTH OF MASSACHUSETTS

Suffolk County    , Division            Docket No. 05-0213-1)

GENE SCHOFIELD,pro se        , Plaintiff

vs.

Det. JAY GREEN,ET AL.        , Defendant

## PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS

Now comes the Plaintiff,   Gene Schofield,pro se   , and hereby respectfully moves this Honorable Court pursuant to M.G.L. c.261 §27A, to grant this Motion to allow Plaintiff to proceed **In Forma Pauperis** for the following reasons set forth below:

1.)  That I am an indigent inmate incarcerated at the Old Colony Correctional Center, One Administration Road, Bridgewater, Massachusetts 02324.

2.)  I have no fixed assets, bank books, property real or otherwise.

Made under the pains and penalties of perjury.

DATED: 1-8-05

I HEREBY ATTEST AND CERTIFY ON

APRIL 7, 2005 , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY.

ASSISTANT CLERK.

Respectfully submitted
by the Plaintiff,

Everett Gene Schofield

**Commonwealth of Massachusetts**
**County of Suffolk**
**The Superior Court**

CIVIL DOCKET#: **SUCV2005-00213**

Gene Schofield, A90320,
                    Plaintiff(s)

vs.

Detective Jay Green, Boston Police Oficer, Detective Ed Kelly, Boston Police Officer, Julie
Cimino, Judith M Lyons, Assistant District Attorney,
                    Defendant(s)


Gene Schofield, A90320
Old Colony Correctional Center
1 Administration Rd
Bridgewater, MA 02324


### ORDER TO COMMISSIONER OF CORRECTION TO PROVIDE CERTAIN INFORMATION REGARDING INMATE ACCOUNT RELATIVE TO PLAINTIFF'S MOTION TO WAIVE FILING FEE AND PROCEED IN FORMA PAUPERIS

The plaintiff in the above-captioned action has filed a motion to waive the filing fee

and court costs (normal) and to proceed in forma pauperis.

Pursuant to G.L. c261 s29, the correctional facility where the prisoner is currently

incarcerated shall file a document showing the current status of the plaintiff's canteen

account and savings account, if any, and the account activity for the past six (6) months.

The document shall be filed within thirty (30) days of the date of this order. The statement

is to be mailed to:

SUFFOLK SUPERIOR COURT
CIVIL CLERK'S OFFICE
PRISONER DEPARTMENT, RM. 810
90 DEVONSHIRE STREET
BOSTON, MA. 02109

Dated at Boston, Massachusetts this 27th day of January, 2005.

NOTICE SENT: 01/27/2005  (ah)
G.S.              N.A.W.
(Pro Se)          D.O.C.

By the Court, (Charles J. Hely, Justice)

BY: _____
                        Assistant Clerk

. HEREBY ATTEST AND CERTIFY ON

APRIL 7, 2005 , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY _____
        ASSISTANT CLERK

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                      SUPERIOR COURT
                                                 NO. 05-0213-D

PRISONER PETITIONS – CIVIL ACTION DISPOSITION SHEET

TO:               GENE SCHOFIELD, A90320
ADDRESS:          OLD COLONY CORRECTIONAL CENTER
                  1 ADMINISTRATION ROAD
                  BRIDGEWATER, MA. 02324

DATE:

After a review of your petition and correspondence, the Court has instructed the Clerk's Office to take the following action:

( )   (See attached Order)

(✓)   Service is to be made upon defendant(s) by means of (certified) (~~regular~~) mail by plaintiff(s).

(✓)   A copy of the complaint is to be sent to the Office of the Attorney General or the Department of Corrections by the plaintiff(s).

( )   a copy of the petition is to be sent to the Mass. Correction Legal Service for review and report as to legal representation in this matter.

( )   The trial date of this case will be scheduled by the Clerk's Office and you will be notified.

( )   The case is to be heard by the Court on the basis of briefs and affidavits only on _____, pursuant to the (plaintiff's) (defendant's) motion _____.

( )   _____
      _____
      _____

NOTICE SENT: 01/27/2005  (ah)
G.S. - (Pro Se)

SUMMONSES, ETC. MAILED

( )   The correspondence is to be returned to you because:

      ( )   it fails to state a claim upon which relief can be granted.

      ( )   it is a duplication of your pending case in this Court.

      ( )   it fails to comply with the procedural requirements of Mass. G.L. 258 (Mass. Tort Claims Act) of providing six months notice to the defendant prior to the filing of a complaint and specifically naming the Commonwealth as a defendant.

      ( )   It fails to state that the proper administrative remedies have been exhausted.

      ( )   It is incomprehensible.

DATE:   1-27-05

        ( Hely, J.)

ATTEST:  _____
         ASSISTANT CLERK

. HEREBY ATTEST AND CERTIFY ON

APRIL 7, 2005, THAT THE

FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE, AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY. _____
         ASSISTANT CLERK

Suffolk,ss.

Civil Action No.
o5-0213-D

**7**

Gene Schofield,pro se)
Plaintiff

v.

Jay Green,et al.
Defendants )

MOTION FOR LEAVE TO MAKE
PROCESS OF SERVICE BY FIRST
CLASS MAIL

Now comes the plaintiff in the above entitled action and request that this Court allow him to make process of service upon the defendants by first class mail.

Reason for said request is as follow.

On and about 1/27/05 this court instructed the clerk to inform th the plaintiff to make service upon the defendants by certified mail.The plaintiff states that he is indigent without monies to make service on defendants by certified mail.Therefore,request that this court allow him to make service by first class mail..

Therefore,plaintiff request that this court allow said motion.

Dated 1/31/05

Gene Schofield,pro se

NOTICE SENT:   )2/28/2005  (ah)
E.G.S.
(Pro Se)

Gene Schofield
pro se

. HEREBY ATTEST AND CERTIFY ON

APRIL 7, 2005 , THAT THE

FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY.

ASSISTANT CLERK

# Commonwealth of Massachusetts
## County of Suffolk
## The Superior Court

8

CIVIL DOCKET#: **SUCV2005-00213**

Everett (Gene) Schofield, A90320,
        Plaintiff(s)

vs

Detective Jay Green, Boston Police Oficer, Detective Ed Kelly, Boston Police Officer, Julie Cimino,
Judith M Lyons, Assistant District Attorney,
        Defendant(s)

### NOTICE OF WAIVER OF COURT COSTS AND REQUEST
### FOR PAYMENT TO BE WITHDRAWN FROM ACCOUNT
### (PURSUANT TO G.L. c. 261 sec. 29)

      The prisoner/plaintiff in the above-captioned action has filed a motion to waive the filing fee of $275.00 and court costs (normal) and to proceed in forma pauperis. After reviewing the affidavit of indigency and the statement of inmate account provided by the correctional facility, the court hereby orders:

      The plaintiff is incapable of paying the filing fee and may proceed in forma pauperis.

Dated: 02/24/2005

By the Court (Charles J. Hely, Justice)

BY: _____
                        Assistant Clerk

NOTICE SENT:   02/28/2005   (ah)
E.G.S.
(Pro Se)

. HEREBY ATTEST AND CERTIFY ON
APRIL 7, 2005 , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY. _____
ASSISTANT CLERK.

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05 - 0213 - D

_____ GENE SCHOFIELD,pro se _____ , Plaintiff(s)

v.

_____ JAY GREEN _____ , Defendant(s)

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon Gene Schofield

plaintiff's attorney. whose address is 1 Administration Rd,Bridgewater,MA , an answer to
the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You are also required to file your answer to the complaint in the office
of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable
time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject
matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Barbara J. Rouse, J.
Witness, ~~Suzanne V. DelVecchio~~, Esquire, at Boston, the_____ day of
_____ , in the year of our Lord two thousand _____ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant,
   each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED

   (1) TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF — (5) OTHER

FORM CIV.P. 1 3rd Rev.

I HEREBY ATTEST AND CERTIFY ON
APRIL 7, 2005 THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY:

ASSISTANT CLERK

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a
defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the
original in the Clerk's Office.

# Commonwealth of Massachusetts

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-0213-D

GENE SCHOFIELD, pro se , Plaintiff(s)

v.

ED KELLY , Defendant(s)

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon Gene Schofield

plaintiff's attorney, whose address is 1 Administration Rd, Brdgewater, MA , an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Barbara J. Rouse, J. Esquire, at Boston, the _____ day of _____, in the year of our Lord two thousand _____ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED.
   (1) TORT  (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF - (5) OTHER

FORM CIV.P. 1 3nd Rev.

. HEREBY ATTEST AND CERTIFY ON

APRIL 7, 2005 , THAT THE

FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY. _____

ASSISTANT CLERK.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

# Commonwealth of Massachusetts

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-0213-D

_____ GENE SCHOFIELD, pr se _____ , Plaintiff(s)

v.

_____ Julie Cimino _____ , Defendant(s)

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon ____Gene Schofield____

plaintiff's attorney, whose address is 1 Administration Rd,Bridgewater,MA , an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Susan xx Xx DelVecchio, Esquire, at Boston, the_____ day of
Barbara J. Rouse, J.

_____, in the year of our Lord two thousand _____.

*Michael Joseph Donovan*

Clerk/Magistrate

**NOTES**
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF — (5) OTHER

FORM CIV.P. 1 3rd Rev.

I HEREBY ATTEST AND CERTIFY ON
APRIL 7, 2005 THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____

ASSISTANT CLERK

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

# Commonwealth of Massachusetts

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. _05-0213-D_

GENE SCHOFIELD, Pro se , Plaintiff(s)

v.

Judith M. Lyons , Defendant(s)

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon__Gene Schofield_____

_____

plaintiff's attorney, whose address is_1 Administration Rd, Bridgewater, MA_, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Barbara J. Rouse, J.

Witness, SUZANNE V. DELVECCHIO, Esquire, at Boston, the_____ day of _____ _____, in the year of our Lord two thousand _____ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED

(1) TORT    (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF    (5) OTHER

FORM CIV.P. 1 3rd Rev.

. HEREBY ATTEST AND CERTIFY ON

APRIL 7, 2005, THAT THE

FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY.

ASSISTANT CLERK.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

**13**

March 17, 2005

To: Attorney(s) of Everett "Gene" Schofield
From: Julie Cimino
RE: Everett "Gene" Schofield's complaint against Julie Cimino (Civil Action #
05-0213-D)

To whom it may concern:

I am writing to answer to the complaints detailed in a summons I received on
March 5th, 2005, in which I was named as one of the defendants.

I have expressed my answers below to each claim/cause of action detailed in
the summons (of which I have enclosed a copy, as well as a copy of 42 U.S.C.
1933):

In answer to Claim/Cause of Action:

18) I cannot answer to this claim; for it does not involve me. I am not included
in the parties that arrested Mr. Schofield.

19) I had no involvement in a conspiracy against Mr. Schofield. I would like to
state that I was not swayed by Detectives Green nor Kelly that photo 9 was the
person who robbed and assaulted me. I picked out the Plaintiff on my own free
will because he is the man that was involved in the assault and robbery on
February 26, 2004.

20) I cannot answer to this claim; for it does not involve me. I did not prosecute
Mr. Schofield.

21) I do not believe I am liable to Mr. Schofield's complaint because I did not
violate his civil rights.

The above are my answers to Mr. Schofield's complaints.

I did not in any way shape of form falsely identify Everett "Gene" Schofield, nor
did I violate his civil rights. I am certain that Mr. Schofield is the person who
assaulted and robbed me on the night of February 26, 2004.

Sincerely,

Julie Cimino

enclosures

I HEREBY ATTEST AND CERTIFY ON
APRIL 7, 2005, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY

ASSISTANT CLERK

AGOSTINO DI LEO
OCT
31
2007
NORWOOD, MA
NOTARY PUBLIC

3/17/05

COMMONWEALTH OF MASSACHUSETTS

Civil Action No

25-0213-D

Gene ........ld, pro se              )
                        ntiff        )
                                     )
V.                                   )
                                     )
Det. Jay Green                       )
Det. Ed Kelly                        )
Julie Cimino                         )
Judith M. Lyons, ADA                 )
         defendants                  )
                                     )
_____    )

## VERIFIED CIVIL RIGHTS COMPLAINT

### INTRODUCTION

This is a civil rights compalint filed by the plaintiff pro se against the defendants for various violations of his civil rights.

### JURISDICTION

This court has jurisdiction over the subject matter pursuant to 42 U.S.C. sec. 1983. G.L.c. 12, sec.11H

### PARTIES

laintiff is in the custody of the Massachusetts De-
rrections herein referred to as the DOC) on awaiting
o's add.... is OCCC & Adm..istr....... Bridgewa-

....ndan.....

dre.....

12. That, both defendants Green and Kelly conspired to impli-
cate plaintiff as the person who had robbed and assaulted
defendant Cimino the day before.

13. That, defendants Green and Kelly suggested photo #9 was
the one who robbed and assaulted defendant Cimino.

14. That, defendant Cimino then identified plaintiff, Photo #9
as the one who had robbed and assaulted her.

15. That, the original perpretrator was idetified as a 6 foot
and wearing color clothing that did not fit the describ-
tion of the plaintiff.

16. That, defendants Green, Kelly and Cimino intentionally agreed
to implicate the plaintiff as the one who had robbed and
assaulted defendant Cimino the day before.

17. That defendant Judith Lyons also knew or should have known
that the plaintiff was not the one who had robbed and as-
saulted defendant Cimino.


## CLAIMS/CAUSES OF ACTION

18.                             (False Arrest)
That, the actions of defendants Green and Kelly are in viola-
tion of plaintiffs civil rights for false arrest.

19.                             (Conspiracy)
That, the specific actions of defendants Green, Kelly and
Cimino are in violation of conspiracy of the plaintiffs
Civil rights.

20.                             (Malicious Prosecution)
That, the actions of defendant Lyons is in violation of the
plaintiffs civil rights for prosecuting him for a crime he
did not commit.

21. That, the actions and enactions of all the defendants are in
violation of plaintiffs civil rights under 42 U.S.C. 1983


## PRAYER FOR RELIEF

Wherefore the plaintiff request that this Honorable Court grant
plaintiff the following relief.

(a). Issue a declaratory judgment against the defendants
for violation of plaintiffs rights affirming plaintiffs
allegations in said complaint.

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss

SUPERIOR COURT DEPT.
OF THE TRIAL COURT
CIVIL ACTION NO. 05–0213-D

GENE SCHOFIELD,        )
  Plaintiff,            )
                      )
v.                       )
                      )
DETECTIVE JAY GREEN,   )
DETECTIVE ED KELLY,    )
JULIE CIMINO,          )
  and                )
JUDITH M. LYONS, A.D.A.,  )
  Defendants.          )

### MOTION TO ENLARGE THE TIME FOR FILING A RESPONSE

The defendant, Assistant District Attorney Judith M. Lyons of the Suffolk County District Attorney's Office, through counsel, respectfully moves this Court to enlarge the time for filing an answer or other responsive pleading in the above-captioned matter to May 25, 2005.

In support thereof, the defendant's counsel states:

(1). She is responsible for a large caseload of post-conviction matters including numerous federal habeas corpus petitions and civil rights actions in the federal courts, as well as direct criminal appeals and civil actions in the state courts. Conflicting litigation deadlines preclude an earlier response to the complaint.

(2) The undersigned attorney's litigation responsibilities in the next several weeks include: researching and drafting an brief in the Massachusetts Appeals Court in a

2

criminal appeal, *Commonwealth v. Senildo Berroa*, Massachusetts Appeals Court No. 2004-P-1758; researching and drafting dispositive memoranda of law on the merits in four complex federal habeas corpus petitions: *Smith v. Ficco*, USDC C.A. No.02-40092-FDS; *Desrosier v. Bissonnette*, USDC C.A. No. 03-40194-FDS; *Williams v. Bissonnette*, USDC C.A.No. 03-40200-FDS; and *Pina v. Maloney*, USDC 02-12441-MEL; filing answers and supplemental answers in three federal habeas petitions, *Pelletier v. Russo*, USDC C.A.No. 05-30014-MAP; *Ali v. Reilly*, USDC 04-30005-KPN; and the instant case; and researching, drafting and filing an opposition to motion for evidentiary hearing and discovery in *Delgado v. Dennehy*, USDC C.A. No. 04-30124-MAP .

(4). In addition, there are many responsibilities that must be undertaken in connection with other active cases including contacting counsel and officials in corrections, district attorneys' and clerks' offices; gathering and reviewing files, records, briefs and other documents; evaluating the claims asserted, and researching and drafting possible defenses.

WHEREFOR, for the above-stated reasons, the defendant respectfully moves this Court to enlarge the time for filing a response to May 25, 2005.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*Annette C. Benedetto*

Annette C. Benedetto,
BBO No.037060
Assistant Attorney General
Criminal Bureau
One Ashburton Place

I HEREBY ATTEST AND CERTIFY ON
APRIL 7, 2005, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY. _____
ASSISTANT CLERK.

3

Boston, Massachusetts 02108
(617) 727-2200

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached documents were served upon the plaintiff, pro se, by first class mail, postage prepaid on March 25, 2005,  addressed as follows:

Gene Schofield, pro se
OCCC
1 Administration Road
Bridgewater, MA 02324

*Annette C. Benedetto*
Annette C. Benedetto,
Assistant Attorney General
Criminal Bureau