# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10672 DPW

EVERETT SCHOFIELD, PRO SE
Plaintiff

v.

JAY GREEN, ED KELLY, JUDITH M. LYONS, AND JULIE CIMINO
Defendants

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to L.R. D. Mass. 7.1(A)(2), I hereby certify that I have been unable to communicate with Plaintiff Everett Schofield, as he is currently incarcerated, concerning the Defendants' Motion To Strike and therefore we were unable to resolve or narrow the issue prior to filing the above motion.

Respectfully Submitted
DEFENDANTS, JAY GREEN and ED KELLY
Merita A. Hopkins
Corporation Counsel

By their attorney:

/s/ Karen A. Glasgow
Karen A. Glasgow
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-3238
BBO# 648688

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true Copy of the above document was served Upon the attorney of record for each Party by mail

5/4/05
Date

/s/ Karen A. Glasgow
Karen A. Glasgow