UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10672DPW

GENE SCHOFIELD
Plaintiff

v.

JAY GREEN ET AL,
Defendants

## DEFENDANTS, JOHN GREENE AND EDWARD KELLY'S MOTION TO STRIKE DISCOVERY

Now come the Defendants, John Greene and Edward Kelly in the above-captioned action and move this Honorable Court, pursuant to Federal Rule of Civil Procedure 12(f), to strike the Plaintiff's First Set of Interrogatories for Defendant Jay Greene and Defendant Edward Kelly. Alternatively, pursuant to Federal Rule of Civil Procedure 26(c), the Defendants request that they be protected from responding to the interrogatories or in the alternative that discovery be deferred in this matter. As reasons for this Motion the Defendants Greene and Kelly state that they have filed a Motion to dismiss the above-entitled matter that may obviate the need for discovery should the motion be allowed.

## DISCUSSION

On or about April 5, 2005, the Defendants, Greene and Edwards, petitioned this Court for removal from the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts. Defendants subsequently filed and served a Motion to Dismiss the Complaint with an accompanying memorandum of law. To date, the Defendants have not received an opposition to

1

their motion from the Plaintiff. On or about April 8, 2005 Defendants Greene and Kelly received Plaintiff's First Set of Interrogatories, attached as Exhibit A.

When a motion to dismiss that may dispose of a case has been filed, it is appropriate to defer discovery until the motion has been decided.

## CONCLUSION

Accordingly, the Defendants Greene and Kelly respectfully request that the Plaintiff's Interrogatories to Greene and Kelly be stricken and/or that the Defendants be protected from answering and/or responding to the same until such time as ordered or allowed by the Court.

Respectfully submitted,
JOHN GREENE AND EDWARD KELLY,
By their attorney:

/s/ Karen A. Glasgow

Merita A. Hopkins
Corporation Counsel
Karen A. Glasgow, BBO # 648688
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-3238

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the Plaintiff by first class prepaid mail

5-4-05          /s/ Karen A. Glasgow
Date            Karen A. Glasgow

2

A

COMMONWEALTH OF MASSACHUSETTS

Suffolk,ss
Civil Action
05-0213-D

Gene Schofield,pro se
  plaintiff  )
         )
v.        )
         )
Jay Green,et al. )
  Defendants )

PLAINTIFF'S FIRST SET OF INTERROGATORIES
FOR DEFENDANT DET. ED KELLY

PURSUANT TO M.R.C.P. 33 you are hereby ordered to answer this first set of interrogatories within 30 days.

1. Give your place of birth. Both city and state.

2. How far did you go in school?

3. What is your profession?

4. How long have you worked for your job?

5. Have you ever been written up by your job for an infraction? If so be specific.

6. What is your date of birth?

7. What is the full name of your immediate supervisor?

8. Did you question the plaintiff about the robbery of defendant Julie Cimino?

9. Describe how you investigated the alleged crime against defendant Julie Cimino.

10. Did you file any reports surrounding the robbery of defendant Julie Cimino?

11. Did you investigate the crime allegedly committed by the plainfiff against defendant Julie Cimino?

12. What caused you to conclude that the plaintiff was a suspect and possibly the one who had committed the crime against defendant Julie Cimino?

13. Did you personally question the plaintiff about the alleged crime against defendant Juli Cimino?

14. What time of day did the alleged robbery occur against defendant Julie Cimino?

15. How did you determine that the plaintiff was the one who allegedly robbed and assaulted defendant Julie Cimino?

Signed under the pains and penalty of perjury.

Date: 4-5-05

Submitted By,

Gene Schofield.pro se
OCCC
1 Administration Rd.
Bridgewater, MA 02324

COMMONWEALTH OF MASSACHUSETTS

Suffolk,ss

Civil Action
05-0213-D

Gene Schofield,pro se
    plaintiff  )
)
v.               )
)
Jay Green,et al. )
    Defendants )

PLAINTIFF'S FIRST SET OF INTERROGATORIES
FOR DEFENDANT DET.JAY GREEN

PURSUANT TO M.R.C.P. 33 you are hereby ordered to answer this first set of interrogatories within 30 days.

1. Give your place of birth.Both city and state.

2. How far did you go in school?

3. What is your profession?

4. How long have you worked for your job?

5. Have you ever been written up by your job for an infraction?If so be specific.

6. What is your date of birth?

7. What is the full name of your immediate supervisor?

8. Did you question the plaintiff about the robbery of defendant Julie Cimino?

9. Describe how you investigated the alleged crime against defendant Julie Cimino.

10. Did you file any reports surrounding the robbery of defendant Julie Cimino?

11. Did you investigate the crime allegedly committed by the plainfiff against defendant Julie Cimino?

12. What caused you to conclude that the plaintiff was a suspect and possibly the one who had committed the crime against defendant Julie Cimino?

13. Did you personally question the plaintiff about the alleged crime against defendant Juli Cimino?

14. What time of day did the alleged robbery occur against defendant Julie Cimino?

15. How did you determine that the plaintiff was the one who allegedly robbed and assaulted defendant Julie Cimino?

Signed under the pains and penalty of perjury.

Date 4-5-05

Submitted By,

Gene Schofield.pro se
OCCC
1 Administration Rd.
Bridgewater, MA 02324