UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENE SCHOFIELD,<br>  Plaintiff,<br><br>v.<br><br>DETECTIVE JAY GREEN,<br>DETECTIVE ED KELLY,<br>JULIE CIMINO,<br>  and<br>JUDITH M. LYONS, A.D.A.,<br>  Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. 05-10672-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT LYONS' MOTION TO DISMISS

The defendant, Assistant District Attorney (ADA) Judith M. Lyons, of the Suffolk County District Attorney's Office, respectfully moves this Court to dismiss the above-entitled civil rights action for failure to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6). This action is barred under the principles of res judicata since a prior judgment raising the same claim against the same parties, including ADA Lyons, extinguished the right of the plaintiff to maintain a second action seeking the same remedies on identical grounds. Moreover, ADA Lyons is entitled to absolute immunity from suit. The defendant relies on the accompanying memorandum of law in support of her motion to dismiss.[1]

---

[1] The defendant has elected to assert the affirmative defense of res judicata and absolute immunity by motion at the outset since it appears dispositive of the entire action. Other meritorious defenses exist. In the event that this motion is not allowed, the respondent respectfully requests forty five (45) days from receipt of the Court's order denying this motion to file an Answer to the complaint.

2

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

<u>/s/ Annette C. Benedetto</u>
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the plaintiff, pro se, by first class mail, postage prepaid on May 25, 2005, addressed as follows:

**Gene Schofield, pro se**
**A 90320**
**Old Colony Correctional Center**
**1 Administration Road**
**Bridgewater, MA 02324**

<u>/s/ Annette C. Benedetto</u>
Annette C. Benedetto,
Assistant Attorney General
Criminal Bureau