UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENE SCHOFIELD,<br>  Plaintiff,<br><br>v.<br><br>DETECTIVE JAY GREEN,<br>DETECTIVE ED KELLY,<br>JULIE CIMINO,<br>  and<br>JUDITH M. LYONS, A.D.A.,<br>  Defendants. | )<br>)<br>)<br>)<br>)     Civil Action No. 05-10672-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING OF APPENDIX WITH CLERK'S OFFICE**

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

**APPENDIX**

1. Civil Docket For 04-12484-WGY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-2

2. Verified Civil Rights Complaint . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-6

3. Order of Dismissal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

4. Memorandum and Order of Dismissal dated December 14, 2004 . . . . . . . . . . . . . . . . . 8-12

5. Suffolk Superior Court Criminal Docket, *Commonwealth v. Schofield*,
   SUCR2004-10440 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13-17

The original documents are maintained in the case file in the Clerk's Office.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

2

/s/ Annette C. Benedetto
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the plaintiff, pro se, by first class mail, postage prepaid on May 25, 2005, addressed as follows:

Gene Schofield, pro se
OCCC
1 Administration Road
Bridgewater, MA 02324

/s/ Annette C. Benedetto
Annette C. Benedetto,
Assistant Attorney General
Criminal Bureau