UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
GENE SCHOFIELD,
     Plaintiff,

          v.                          CIVIL ACTION
                                      NO.05-10672-DPW

JAY GREEN ET AL,
     Defendant.
```

**ORDER OF DISMISSAL**

WOODLOCK, District Judge

    In accordance with this Court's Memorandum and Order issued May 31, 2005 (#12), is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                            BY THE COURT,

                                            /s/ Michelle Rynnne
                                            Deputy Clerk

DATED: May 31, 2005